UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARTO ANTONIO MONTOYA-GARCIA,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,

Respondents.

No.  1:26-cv-0693-DJC-CKD P

ORDER

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion to proceed in forma pauperis. (ECF Nos. 1, 2.) The district judge assigned to this case construed the petition as also a motion for a temporary restraining order and ordered respondents to file an opposition. (ECF No. 6.) Respondents filed an opposition to the motion for a temporary restraining order and served petitioner by mail. (ECF Nos. 8, 9.) The district judge denied the motion for temporary restraining order and referred the case to the undersigned for further proceedings. (ECF No. 10.)

Petitioner's application to proceed in forma pauperis makes the required showing and is granted. See 28 U.S.C. § 1915(a). The court has conducted a preliminary review of the petition and has reviewed respondent's opposition to the temporary restraining order. The court construes respondent's opposition to the temporary restraining order (ECF No. 8) as also opposing the

1

merits of the petition. The court is prepared to accept the opposition filed on February 2, 2026 as respondent's opposition to the petition. Pursuant to 28 U.S.C. § 2243, the court grants respondent 20 days to present any further briefing and evidence in opposition to the petition for writ of habeas corpus or stand on the record as is.

In accordance with the above, IT IS ORDERED as follows:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

2. Within 20 days, respondent shall stand on the record as is or present its further briefing and evidence in opposition to the petition for writ of habeas corpus.

3. Petitioner may file a reply within 14 days after one of the following occurs: respondent presents its further briefing and evidence, respondent elects to stand on the record, or the time for respondent to do so expires.

Dated:  February 4, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mont0693.110aimm

2